LOWITZ v. KIMMERLE. (Circuit Court of Appeals, Sixth Circuit. June 7, 1921.) No. 3584. Appeal from the District Court of the United States for the Southern Division of the Western District of Michigan; Sessions, Judge. Gore & Harvey, of Benton Harbor, Mich., for appellant. James T. McAllister, of Grand Rapids, Mich., for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

MAGNUSON v. BANK OF AVON, S. D., et al. (Circuit Court of Appeals, Eighth Circuit. May 23, 1921.) No. 5803. Appeal from the District Court of the United States for the District of South Dakota. Joe H. Kirby, Joe Kirby, and Thomas H. Kirby, all of Sioux Falls, S. D., for appellant. Henry A. Muller, A. B. Fairbank, and Clarence C. Caldwell, all of Sioux Falls, S. D., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation.

---

MANITOU MINERAL WATER CO. v. SCHUELER et al. (Circuit Court of Appeals, Eighth Circuit. September 14, 1921.) No. 5869. Appeal from the District Court of the United States for the District of Colorado. Ralph Hartzell, of Denver, Colo., for appellant. Charles W. Waterman and William A. Jackson, both of Denver, Colo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, on motion of appellees.

---

MICHELSON v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 4, 1922.) No. 3527. In Error to the District Court of the United States for the Western Division of the Southern District of Ohio; Peck, Judge. Froome Morris and Paul V. Connolly, both of Cincinnati, Ohio, for plaintiff in error. James R. Clark, U. S. Atty., and Allen C. Roudebush, Asst. U. S. Atty., both of Cincinnati, Ohio.

PER CURIAM Dismissed for failure of plaintiff in error to file brief.

---

MIDLAND PACKING CO. v. HEGNES. (Circuit Court of Appeals, Eighth Circuit. May 19, 1921.) No. 5723. Appeal from the District Court of the United States for the Northern District of Iowa. Byron L. Sifford, of Buffalo Center, Iowa, and A. L. Fribourg and C. N. Jepson, both of Sioux City, Iowa, for appellant. E. E. Wagner, of Sioux City, Iowa, A. B. Carlson, of Canton, S. D., and G. M. Caster, of Lake Andes, S. D., for appellee.

PER CURIAM. Appeal dismissed, with costs, per stipulation.

---

MILLER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 1, 1921.) No. 5720. In Error to the District Court of the United States for the Eastern District of Missouri. Horace L. Dyer, of St. Louis, Mo., for plaintiff in error. James E. Carroll, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error dismissed without costs to either party in this court, on motion of defendant in error.